People v Jared S. (2023 NY Slip Op 03553)

People v Jared S.

2023 NY Slip Op 03553

Decided on June 29, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 29, 2023

Before: Kapnick, J.P., Friedman, Gesmer, González, Higgitt, JJ. 

Ind. No. 3242/16, 3492/16 Appeal No. 578-578A Case No. 2017-03331 

[*1]The People of the State of New York, Respondent,
v
Jared S., Defendant-Appellant. 

Twyla Carter, The Legal Aid Society, New York (Simon Greenberg of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Andrew J. Loizides of counsel), for respondent.

Judgments, Supreme Court, Bronx County (William I. Mogulescu, J.), rendered June 7, 2017, convicting defendant, upon his pleas of guilty, of robbery in the second degree and criminal possession of stolen property in the third degree, adjudicating him a youthful offender, and sentencing him to an aggregate term of 1&frac13; to 4 four years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the mandatory surcharges and crime victim assistance fees imposed at sentencing on both convictions, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed at sentencing (see People v Chirinos, 190 AD3d 434 [1st Dept 2021]). We note
the People's consent. THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 29, 2023